No. 00–567.  MOSKOWITZ *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 00–569.  SPRINGFIELD TERMINAL RAILWAY CO. ET AL. *v.*
BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.  C. A. 1st Cir.
Certiorari denied.

No. 00–570.  SANDERS *v.* FREEMAN, DIRECTOR, SHELBY COUNTY
DIVISION OF CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–572.  HAWKINS *v.* LENSING, WARDEN.  C. A. 5th Cir.
Certiorari denied.

No. 00–585.  DINH TON THAT *v.* 3D SYSTEMS, INC., ET AL.  Ct.
App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–588.  SYDNOR *v.* LACHANCE, DIRECTOR, OFFICE OF
PERSONNEL MANAGEMENT, ET AL.  C. A. 4th Cir.  Certiorari
denied.

No. 00–603.  RENGER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–626.  HILARIO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–636.  BURNETT *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 00–639.  AHMAD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–641.  HAVEN ET AL. *v.* REPUBLIC OF POLAND ET AL.
C. A. 7th Cir.  Certiorari denied.

No. 00–644.  GERHART *v.* HAYES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–648.  COLE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–654.  ANDREAS *v.* UNITED STATES; and
No. 00–661.  WILSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 216 F. 3d 645.